**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MILLER WEISBROD, LLP, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:13-CV-2695-B** |
| | § | |
| **KLEIN FRANK, P.C.,** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Klein Frank, P.C. (Klein), submits this Motion for Summary Judgment against Plaintiffs James E. Girards, James E. Girards, P.C. d/b/a The Girards Law Firm (collectively "Girards") pursuant to F.R.Civ. P 56 on the Girard's claim for 15% of the attorneys fees based upon an alleged verbal agreement.

The Girards' claim based upon an alleged verbal co-counsel agreement fails as a matter of law because co-counsel agreements must be approved by the client in writing. There is no writing approving the unconscionable verbal contract terms alleged by Girards. Girards failed to state a claim upon which relief can be granted with respect to an alleged contract, and any such claim must be dismissed as matter of law.

The matters required by LR 56 will be set forth in the Memorandum Brief.

Conferral is not required pursuant to LR 7.1.

Wherefore, for the reasons set forth in this Motion and in the Memorandum Brief filed in support thereof, Defendant requests that Girard's claims for 15% of the attorneys fee based upon contract theory be dismissed.

DATED this 22nd day of November, 2013.

Respectfully submitted,

/s/ Beth Klein____________
Beth Klein
State Bar No.: 00795815
Klein Frank, P.C.
1909 Twenty-Sixth Street, One C
Boulder, CO 80302
303-448-8884 (Phone)
303-861-2449 (Facsimile)
beth@kleinfrank.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served upon the following attorneys of record on this, the 22nd day of November, 2013, by way of ECF filing.

James E. Girards, Esq.
JAMES E. GIRARDS, P.C.
10000 North Central Expressway, Suite 750
Dallas, TX 75231

William Cobb, Esq.
COBB MARTINEZ WOODWARD PLLC
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
Telephone: (214) 220-5201
Telecopy: (214) 220-5251
wcobb@cobbmartinez.com

/*s*/ Beth Klein____________
Beth Klein