IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES E. GIRARDS, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | No. 3:13-cv-2695-BN |
| | § | |
| KLEIN FRANK, P.C., | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

This judgment is entered pursuant to the Court's Memorandum Opinion and Order entered this same date.

It is ORDERED, ADJUDGED, and DECREED that Plaintiffs James E. Girards and James E. Girards, P.C. d/b/a The Girards Law Firm are awarded $5,000.00 on their request for a recovery under quantum meruit as the reasonable value of the work performed by James E. Girards and James E. Girards, P.C. d/b/a The Girards Law Firm for the benefit of David Dawson and Klein Frank, P.C. in connection with the *Dawson v. Fluor* lawsuit, to be paid by Klein Frank, P.C. to James E. Girards, P.C. d/b/a The Girards Law Firm, with postjudgment interest from February 5, 2015 at a rate of 0.47%, for which execution may issue.

The Court finds for Defendant Klein Frank, P.C. on the claims of Plaintiffs James E. Girards and James E. Girards, P.C. d/b/a The Girards Law Firm for declaratory judgment and breach of contract and finds for Defendant Klein Frank, P.C., in part, on Klein Frank, P.C.'s counterclaim against James E. Girards and James

E. Girards, P.C. d/b/a The Girards Law Firm., as set out in the Court's February 5, 2016 Memorandum Opinion and Order. Specifically, the Court finds that Klein Frank, P.C. had the right to terminate James E. Girards and James E. Girards, P.C. d/b/a The Girards Law Firm, was justified in terminating James E. Girards and James E. Girards, P.C. d/b/a The Girards Law Firm, and terminated James E. Girards and James E. Girards, P.C. d/b/a The Girards Law Firm for cause based on James E. Girards's unauthorized disclosure of confidential information.

Costs of court are taxed against Defendant Klein Frank, P.C.

DATED: February 5, 2016

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE